O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WIGGINS,<br><br>           Petitioner,<br>   v.<br><br>JAMES D. HARTLEY, Warden,<br><br>           Respondent. | Case No. CV 10-7495-CJC (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the Petition
3  and dismissing this action with prejudice.

5  DATED: February 1, 2012

   HONORABLE CORMAC J. CARNEY
   United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2