O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WIGGINS,<br><br>            Petitioner,<br>     v.<br><br>JAMES D. HARTLEY, Warden,<br><br>            Respondent. | Case No. CV 10-7495-CJC (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 1, 2012

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge